IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 03-11489 (KG) |
| PLASSEIN INTERNATIONAL ) | Chapter 7 |
| CORPORATION, et. al., ) | |
| (n/k/a PL LIQUIDATION CORP.), ) | Re Dkt Nos. 1653, 1654 |
| ) | |
| ) | |

**NOTICE OF APPEAL PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 8001 AND 28 U.S.C. SECTION 158(a)(1)**

Fleet Capital Corporation by and through their undersigned counsel, hereby appeals under 28 U.S.C. §158(a)(1) from the Order Granting in Part and Denying in Part the Motion of Fleet Capital Corporation, Agent, to Compel Trustee to Perform Under Settlement Agreement and Motion of Fleet Capital Corporation for Summary Judgment Granting Motion to Compel Trustee to Perform Under Settlement Agreement filed on October 17, 2007 [Docket No. 1654] (the "Order"), and the Memorandum Opinion Granting in Part and Denying in Part Appellant's Motion to Compel Trustee to Perform Under Settlement Agreement and Motion for Summary Judgment Granting Motion to Compel Trustee to Perform Under Settlement Agreement filed on October 17, 2007 [Docket No. 1653] (the "Memorandum").

The names of all parties to the Order and Memorandum appealed from, and the names, addresses and telephone numbers of their respective attorneys are as follows:

| **Party** | **Counsel** |
|---|---|
| Fleet Capital Corporation, Agent | Stuart M. Brown (DE #4050) |
| | Edwards, Angell, Palmer & Dodge LLP |
| | 919 N. Market Street, 15th Floor |
| | Wilmington, DE 9801 |
| | (302) 777-7770 (telephone) |
| | (302) 777-7263 (fax) |

WLM 511075.1

| | |
|---|---|
| William Brandt<br>Chapter 7 Trustee | Eric D. Schwartz<br>Daniel B. Butz<br>Morris Nichols Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE 19801<br><br>Charles R. Bennett, Jr.<br>Andrew G. Lizotte<br>Hanify & King<br>Professional Corporation<br>One Beacon Street<br>Boston, MA 02108 |
| U.S. Trustee | Office of the United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Dated: October 25, 2007 | EDWARDS, ANGELL, PALMER & DODGE LLP<br><br>/s/ Stuart M. Brown<br>Stuart M. Brown (#4050)<br>919 N. Market Street, 15th Floor<br>Wilmington, DE 19801<br>(302) 777-7770 - telephone<br>(302) 777-7263 - facsimile<br><br>Counsel for Appellant<br>Fleet Capital Corporation, Agent |

- 2 -

WLM 511075.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Plassein International Corporation, *et. al.*, | ) | Case No. 03-11489 (KG) |
| (n/k/a PL Liquidation Corp.), | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | **Re Dkt Nos. 1574, 1629 & 1632** |

## ORDER

The Court having carefully considered the Motion of Fleet Capital Corporation, Agent, to Compel Trustee to Perform Under Settlement Agreement (D.I. 1574), Motion of Fleet Capital Corporation for Summary Judgment Granting Motion to Compel Trustee to Perform Under Settlement Agreement (D.I. 1629), ("the Motions"), the Trustee's Memorandum in Opposition to the Motions (D.I. 1632), the related pleadings and documents, and having heard oral argument, for the reasons stated in the accompanying written opinion ("the Opinion"), IT IS ORDERED that the Motions are granted in part and denied in part, and more specifically as follows:

1. Fleet Capital Corporation's (for itself and as agent) ("Fleet") share of preference recoveries, after the Estate retains the first $1.1 million of preference recoveries, is net of the Estate's fees and expenses incurred in recovering the preference payments.

2. The Trustee is not required to reserve the $270,000 escrow held to indemnify Fleet for claims of Exopack-Ontario, Inc.

3. Fleet is entitled to receive "Cash on Hand" only to the extent it is distributed to general unsecured creditors and on a *pari passu* basis with other unsecured creditors.

4. The Trustee shall pay to Fleet $81,005.69 released by the San Bernadino taxing authority.

5. The Trustee shall pay to Fleet the recovery from Exopackaging, less fees and expenses incurred, and shall provide an accounting of such fees and expenses.

6. The Trustee shall account to Fleet for the fees and expenses incurred in the recovery of preference payments on a schedule the parties will negotiate.

7. The Trustee shall make the foregoing payments when he makes the next distribution to other unsecured creditors.

Dated: October 17, 2007

*[signature]*
KEVIN GROSS, U.S.B.J.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE
Clerk of the Court
824 Market Street
Wilmington DE 19801
(302) 252-2900

Date: **November 26, 2007**

To: **Peter Dalleo, Clerk**
**U. S. District Court**
District of Delaware
U. S. Courthouse - 844 King Street
Wilmington DE 19801

Re: **Plassein International Corp**
Case 03-11489
Appeal BAP #07-100 et al

Enclosed please find the bankruptcy **Record on Appeal docket #1659, Order docket #1654**
Appellant Fleet Capital Corp. **Designation of Items #1661**
Appellee Plassein International **Designation not filed as of 11/26/07**

__X__ Filing fee paid on 10/25/07    receipt #3094633
_____ Filing fee not paid
Please acknowledge receipt on the copy provided.

Sincerely,
___/s/_____
Betsy Magnuson
Deputy Clerk, U.S. Bankruptcy Court


I hereby acknowledge receipt of the above Record on Appeal this _____ day of _____,
2007.

By:_____
    Deputy Clerk, U.S. District Court

## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

**Plassein International Corp 03-11489**
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 X5114
Case Type: Appeal **BAP 07-100**

**Appellant's Counsel**

**Stuart M. Brown**
Edwards Angell Plamer & Dodge LLP
919 N Market Street  15th Floor
Wilmington DE 19801
302-777-77770
Fax: 302-777-7263
Email:

**Appellee's Counsel:**

**Adam G. Landis**
Landis Rath & Cobb LLP
919 Market Street
Suite 600
Wilmington, DE 19801
302-467-4400
Fax : 302-467-4450
Email: landis@lrclaw.com