IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 03-11489 (KG) |
| PLASSEIN INTERNATIONAL | ) | Chapter 7 |
| CORPORATION, et. al., | ) | |
| (n/k/a PL LIQUIDATION CORP.), | ) | |
| | ) | |
| Debtors. | ) | Re Dkt No. 1659 |
| | ) | |

**DESIGNATION OF THE RECORD AND STATEMENT OF ISSUES TO BE PRESENTED PURSUANT TO (I) FEDERAL RULE OF APPELLATE PROCEDURE 6(b)(2)(B) AND (II) FEDERAL RULE OF BANKRUPTCY PROCEDURE 8006**

Fleet Capital Corporation, Agent ("**Agent**"), by and through its undersigned counsel, hereby files this Designation of the Record on Appeal and Statement of Issues to be Presented pursuant to (i) Federal Rule of Appellate Procedure 6(b)(2)(B) and (ii) Federal Rule of Bankruptcy Procedure 8006 (the "**Designation**"). This Designation relates to Agent's Notice of Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8001 and 28 U.S.C. Section 158(a)(1) [Docket No.[1] 1659] dated October 25, 2007.

I. **Designation of Items To Be Included In Record On Appeal**

Agent hereby designates the following items to be included in the record on appeal:

| **Exhibit** | **Description** | **Docket No.** | **Date Docketed** |
|---|---|---|---|
| 1 | Motion to Approve Motion by the Chapter 7 Trustee for Approval of Certain Settlement by and Among the Trustee, Fleet Capital Corporation, for Itself and as Agent for a Group of Lenders Consisting of Fleet National Bank, Heller Financial, Inc., Wachovia Bank, N.A. and Citizens Bank of New Hampshire. | 1108 | 2/10/2005 |

---

[1] References to the Docket shall be references to the docket of the United States Bankruptcy Court for the District of Delaware, at Case No. 03-11489(KG).

WLM 511174.4

| 2 | Order Granting Motion Authorizing Chapter 7 Trustee to Proceed with Settlement by and Among the Trustee, Fleet Capital Corporation, for Itself and as Agent for Fleet National Bank, Heller Financial, Inc., Wachovia Bank, N.A. and Citizens Bank of New Hampshire. | 1132 | 3/23/2005 |
|---|---|---|---|
| 3 | Motion to Authorize To Make Interim Distribution to Sub-Debt Creditors. | 1308 | 7/18/2005 |
| 4 | Objection of Fleet Capital Corporation, Agent, to Motion of Chapter 7 Trustee for Authority to Make Interim Distribution to Sub-Debt Creditors. | 1317 | 7/26/2005 |
| 5 | Motion to Authorize Motion of Chapter 7 Trustee for Authority to Make Interim Distribution to Sub-Debt Creditors and Administrative Creditors. | 1557 | 1/23/2007 |
| 6 | Objection to Motion of Chapter 7 Trustee to Make an Interim Distribution to Sub-Debt Creditors and Administrative Creditors | 1573 | 7/26/2007 |
| 7 | Motion to Compel Trustee to Perform Under Settlement Agreement . | 1574 | 2/21/2007 |
| 8 | Motion for Leave to File Reply to Objection of Fleet Capital Corporation, Agent to Motion of Chapter 7 Trustee to Make An Interim Distribution to Sub-Debt Creditors and Administrative Creditors. | 1575 | 2/22/2007 |
| 9 | Order Granting Motion to Authorize the Trustee to Make An Interim Distribution to Certain Subordinate Debt Holders. | 1585 | 3/9/2007 |
| 10 | Order Resolving Motion to Compel In Part and Adjourned In Part To Next Omnibus Hearing Date. | 1595 | 3/14/2007 |
| 11 | Motion for Summary Judgment Granting Motion to Compel Trustee to Perform Under Settlement Agreement. | 1629 | 7/6/2007 |
| 12 | Objection to Trustee's Memorandum In Opposition to the Request by Fleet Capital Corporation, Now Bank of America, For Distributions Pursuant to A Certain Settlement Agreement. | 1632 | 7/24/2007 |
| 13 | Opinion [Re: Docket Nos. 1629, 1574, 1632] | 1653 | 10/17/2007 |
| 14 | Order Granting In Part and Denying In Part Motion of Fleet Capital Corporation, Agent, to Compel Trustee to Perform Under Settlement Agreement and Motion of Fleet Corporation for Summary Judgment Granting Motion to Compel Trustee to Perform Under Settlement Agreement. | 1654 | 10/17/2007 |

WLM 511174.4

| 15 | Notice of Appeal Pursuant to Federal Rule of Bankrutpcy Procedure 8001 and 28 U.S.C. Section 158(a)(1). | 1659 | 10/25/2007 |
| --- | --- | --- | --- |
| 16 | Transcript of Oral Arguments on July 31, 2007 (Transcript ordered on November 1, 2007. Order form is attached.) | TBD | TBD |

## II. Statement Of Issues To Be Presented On Appeal

1. Whether the Bankruptcy Court erred in its interpretation of Paragraph 4(b) of the Settlement Agreement by interpreting "gross proceeds" to the Estates differently than "gross proceeds" to the Agent and Lenders?

2. Whether the Bankruptcy Court erred in its application of the law by giving greater weight to the circumstances surrounding the entry of the Settlement Agreement than the unambiguous terms of the Settlement Agreement?

3. Whether the Bankruptcy Court erred in its interpretation of the Settlement Agreement by allocating all of the costs of collection of the preferences to the Agent and the Lenders?

Dated: November 2, 2007                    EDWARDS, ANGELL, PALMER & DODGE LLP

/s/ Stuart M. Brown
Stuart M. Brown (#4050)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
(302) 777-7770 - telephone
(302) 777-7263 - facsimile

Counsel for Appellant
Fleet Capital Corporation

WLM 511174.4