IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   3

IN RE: Plassein International Corporation

---

|  |  |  |
|---|---|---|
|  | ) |  |
| Fleet Capital Corporation Agent | ) |  |
|  | ) |  |
|     Appellant | ) | Civil Action No.  07-764 |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
| Plassein International Corporation | ) |  |
|  | ) |  |
|     Appellee | ) | Bankruptcy Case No. 03-11489 |
|  |  | Bankruptcy Appeal No. 07-100 |

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 10/17/07 was docketed in the District Court on 11/26/07:

> IT IS ORDERED that the Motions are granted in part and denied in part, and more specifically as follows are referenced in BK Order attached to DI #1.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                  Peter T. Dalleo
                                                Clerk of Court

Date:   November 27, 2007

To:     U.S. Bankruptcy Court
        Counsel